JOHN HARTY V. MARCUS KAVANAGH, JR., Judge.

**Certiorari :** INJUNCTION : JURISDICTION.

*Certiorari to Polk District Court.*

SATURDAY, OCTOBER 25, 1890.

THE plaintiff was under injunction from the district court of Polk county to refrain from selling or keeping for sale intoxicating liquors. An information was filed accusing him of violating the injunction; and upon the hearing he was adjudged in contempt, and ordered to pay a fine of five hundred dollars, and to stand committed to the jail of Polk county until such fine was paid, as by law provided. This proceeding is to test the legality of the proceeding by which the fine was imposed.

No appearance for either party.

GRANGER, J.—The petition for the writ of *certiorari* recites that the proceeding upon which the injunction issued is void, because of no notice to or appearance by the plaintiff in the proceeding. No effort is made here to show the facts as claimed, and the return of the defendant in obedience to the writ is an affirmative showing of jurisdiction. The writ of *certiorari* is DISMISSED.